IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AURELIO QUINONES-PORTOCARRERO, | ) | |
| Petitioner, | ) | Civil Action No. 13-235 Erie |
| | ) | |
| v. | ) | |
| | ) | Chief Judge Joy Flowers Conti |
| BOBBY L. MEEKS, | ) | Magistrate Judge Susan Paradise Baxter |
| Respondent. | ) | |

## MEMORANDUM ORDER

**Joy Flowers Conti, Chief District Judge.**

The petitioner, Aurelio Quinones-Portocarrero, is a federal inmate incarcerated at the Federal Correctional Institution McKean. He filed with this court a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 in which he challenges the legality of the sentence imposed upon him by the United States District Court for the Middle District of Florida on two counts of violations of the Maritime Drug Law Enforcement Act. This case was referred to a United States Magistrate Judge for a report and recommendation in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Local Rules for magistrate judges. On April 28, 2014, the Magistrate Judge issued a Report and Recommendation ("R&R") [ECF No. 13] in which she recommended that the petition for a writ of habeas corpus should be dismissed for lack of subject-matter jurisdiction.

Objections to the R&R were due by May 15, 2014. The petitioner did not file any. After *de novo* review of the petition and documents in this case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 29th day of May, 2014;

1

IT IS HEREBY ORDERED that the petition for a writ of habeas corpus is DISMISSED for lack of subject-matter jurisdiction.

The Report and Recommendation [ECF No. 13] of Magistrate Judge Susan Paradise Baxter, filed on April 28, 2014, is adopted as the opinion of the Court.

The Clerk is directed to mark the case CLOSED.

                                                        /s/ Joy Flowers Conti
                                                        Joy Flowers Conti

cc:    All parties of record                Chief United States District Judge
        Susan Paradise Baxter,
        U.S. Magistrate Judge